

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIE MONTREAL ROBLES, | § | No. 08-21-00089-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| OSCAR JIMENEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015DCM7294) |
| | § | |

**O R D E R**

Pending before the Court is Appellant's motion to extend the abatement. The motion is DENIED. Therefore, the Court REINSTATES the appeal and the Clerk's Record is now due October 9, 2021.

IT IS SO ORDERED this 9th day of September, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.